**UNITED STATES DISTRICT COURT**
For The
Southern District of Illinois

| | |
|---|---|
| MARQUITTA McAFEE, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARION HUBBARD, et al )<br>)<br>Defendants )<br>) | Case No. 3:14-CV-01010 NJR-PMF |

## DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE JOINT MOTION FOR CERTIFICATION OF A CLASS FOR SETTLEMENT AND JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

COMES NOW, Defendants on behalf of the parties and pursuant of Federal Rule of Civil Procedure 6(b) moves this Court for additional time to file the parties' Joint Motion for Certification of a Class for Settlement and Joint Motion for Preliminary Approval of Settlement. In Support of this Motion, Defendants state as follows:

1. On April 8, 2016, this Court ordered the parties to file their Joint Motion for Certification of a Class for Settlement and Joint Motion for Preliminary Approval of Settlement by May 9, 2016. (Doc. #45)

2. On May 6, 2016, this Court granted an extension of time to the parties resetting the due date for the Joint Motion for Certification of a Class for Settlement and Joint Motion for Preliminary Approval of Settlement to June 8, 2016.

3. The parties are continuing to work together to prepare both motions and the settlement contract but need additional time to finalize them.

4. Specifically, Defendant Park District seeks additional time to continue working with the District's Accountant to forecast fund available to structure a payout of the settlement funds.

5. Defendant Park District requests sufficient time to finalize a payout structure and allow for board approval of the payout structure at the July 11, 2016 board meeting.

6. Defendants respectfully requests that this Court grant an additional forty-five (45) days to file the Joint Motion for Certification of a Class Settlement and Joint Motion for Preliminary Approval of Settlement, up to and including July 25, 2016.

7. Defendants' counsel discussed the need for an extension with Plaintiffs' counsel on June 8, 2016 and Plaintiffs agree that an extension is needed.

8. This Motion is not made to unduly delay these proceedings or for any dilatory reason and it is in the interest of justice to grant the additional time requested herein.

9. No party will be prejudiced by this request.

WHEREFORE, Defendants requests this Court grant up to and including July 25, 2016 to file the Joint Motion for Certification of a Class for Settlement and Joint Motion for Preliminary Approval of Settlement.

Respectfully submitted,

KAUFHOLD & ASSOCIATES, P.C.

By: /s/ Kevin C. Kaufhold
Kevin C. Kaufhold, # 6180295
KAUFHOLD & ASSOCIATES, P.C.
5111 West Main Street, Lower Level
P.O. Box 23409
Belleville, Illinois 62226
Telephone:   618-235-3580
Facsimile:   618-235-7150

## ELECTRONIC CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of June 2016, I caused the foregoing to be filed with the Court using the Court's ECF case management/filing system, thereby causing the foregoing to be served upon the following counsel of record:

Thomas Kennedy
Sarah Jane Hunt
Law Offices of Thomas E. Kennedy, III, L.C.
906 Olive St., Ste. 200
St. Louis, MO 63101
Attorneys for Plaintiffs

*/s/ Kevin C. Kaufhold*