UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARQUITTA MCAFEE, | ) | |
| | ) | |
| *individually and on behalf of* | ) | |
| *all others similarly situated* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:14-cv-01010-NJR-PMF |
| | ) | |
| MARION HUBBARD, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EAST ST. LOUIS PARK | ) | |
| DISTRICT | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION IN SUPPORT OF APPROVAL OF ATTORNEYS FEES

This Court granted the Joint Motion for Preliminary Approval of Settlement and Conditional Class Certification on November 29, 2016. [Doc. #64.]  This Court requested papers in support of Plaintiffs' request to approve an award of $27,935.00 to be filed by February 17, 2017 so they could be considered at the Final Approval Hearing set for February 21, 2017 at 10:30am.  Plaintiffs' counsel is requesting approval of an award of $27,935.00, having discounted their total fee by almost $16,000.00 in the interest of settlement.  A spreadsheet detailing the total number of hours spent on this matter by attorney Sarah Jane Hunt and Thomas E. Kennedy, III is attached hereto as Exhibit A.

Respectfully submitted,

Law Offices of Thomas E. Kennedy, III, L.C.

*/s/ Sarah Jane Hunt*

**Thomas E. Kennedy, III #44617**
**Sarah Jane Hunt #63899**

906 Olive St., Ste. 200
St. Louis, MO 63101
314.872.9041 phone
314.872.9043 fax
tkennedy@tkennedylaw.com
sarahjane@tkennedylaw.com

**ATTORNEYS FOR PLAINTIFF**

**ELECTRONIC CERTIFICATE OF SERVICE**

       I hereby certify that on February 17, 2017, I caused the foregoing to be filed with the Court using the Court's ECF case management/filing system, thereby causing the foregoing to be served upon the following counsel of record:

Kevin C. Kaufhold, Esq.
Kaufhold & Associates, P.C.
5111 West Main Street, Lower Level
P.O. Box 23409
Belleville, IL 62226

                                      */s/ Sarah Jane Hunt*