| NAME | USER | RATE | HOURS | TOTAL |
|---|---|---|---|---|
| Sarah Jane Hunt | SJH | $300.00 | 123.3 | $36,990.00 |
| Thomas E. Kennedy, III | TEK | $400.00 | 16.2 | $6,920.00 |
| | | | | $43,910.00 |

| DATE | DESCRIPTION | DURATION | USER | RATE | TOTAL |
|---|---|---|---|---|---|
| 09-15-14 | Begin preparation of McAfee complaint - Introduction through Collective Action Claims | 1.9 | SJH | $300.00 | $570.00 |
| 09-16-14 | Preparation of Counts 1 - IV of the complaint | 2.1 | SJH | $300.00 | $630.00 |
| 09-16-14 | Continue preparation of the complaint - Factual Allegations | 1.2 | SJH | $300.00 | $360.00 |
| 09-17-14 | E-mail correspondence with clerk of the US District Court of the Southern District of Illinois re: complaint and e-file complaint once case number was sent by | 0.2 | SJH | $300.00 | $60.00 |
| 09-17-14 | Forward final complaint to clients | 0.1 | SJH | $300.00 | $30.00 |
| 09-17-14 | Preparation of civil cover sheet and summons | 0.1 | SJH | $300.00 | $30.00 |
| 09-17-14 | Prepare and finalize first draft of complaint completing counts V through the conclusion | 2.3 | SJH | $300.00 | $690.00 |
| 09-17-14 | Conference with J. Waters regarding wage violations and prospective collective action against ESTL Park District | 1 | SJH | $300.00 | $300.00 |
| 09-17-14 | Conference with D. Durgins regarding wage violations and interview regarding prospective | 1 | SJH | $300.00 | $300.00 |
| 09-18-14 | Conference with R. Steward regarding wage violation and prospective collective against against the ESL Park District | 1 | SJH | $300.00 | $300.00 |

| Date | Description | Hours | Attorney | Rate | Amount |
|---|---|---|---|---|---|
| 09-25-14 | Conference with M. McAfee regarding difference in collective action wage claims and individual sexual harassment claims and | 0.6 | SJH | $300.00 | $180.00 |
| 11-7-14 | Review Judge Frazier's Order setting case Track D | 0.1 | SJH | $300.00 | $30.00 |
| 11-14-14 | Meeting with client M. McAfee to discuss Answer to Plaintiff's | 0.7 | SJH | $300.00 | $210.00 |
| 12-2-14 | E-mail draft of Joint Report of the Parties to opposing counsel K. | 0.1 | SJH | $300.00 | $30.00 |
| 12-2-14 | Prepare draft of Joint Report of the Parties | 1 | SJH | $300.00 | $300.00 |
| 12-10-14 | Docket deadlines pursuant to Joint Report of the Parties | 0.3 | SJH | $300.00 | $90.00 |
| 12-23-14 | Phone correspondence with client M. McAfee regarding FRCP 26(a) Initial Disclosures and set appointment to meet to discussing potential list of witnesses and | 0.2 | SJH | $300.00 | $60.00 |
| 12-29-14 | Meet with client M. McAfee to discuss facts of case and potential witnesses and review documents in preparation of Plaintiff's FRCP | 2.3 | SJH | $300.00 | $690.00 |
| 12-30-14 | Preparation of Plaintiff's FRCP 26(a) Initial Disclosures discovery | 1.2 | SJH | $300.00 | $360.00 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 1-2-15 | Case management meeting with co-counsel TEK in order to discuss Rule 16 Order issued by the judge, plans for depositions, and the appropriate documents to request in Plaintiffs' initial Request for Production of Documents as well as certain... | 0.3 | SJH | $300.00 | $90.00 |
| 1-2-15 | Review letter from opposing counsel Kaufhold regarding East St. Louis Park District likely lack... | 0.1 | SJH | $300.00 | $30.00 |
| 1-2-15 | Sort through documents discussed with client at 12/29/14 conference in order to determine which documents are relevant and must be disclosed in Plaintiffs FRCP | 0.6 | SJH | $300.00 | $180.00 |
| 1-5-15 | Review of Defendant East St. Louis Park District's FRCP 26(a) Initial Disclosures as well as the documents attached to the same. | 1.2 | SJH | $300.00 | $360.00 |
| 1-13-15 | Edit and supplement FRCP 26(a) Plaintiffs' Initial Disclosures and mail the same to opposing counsel | 0.9 | SJH | $300.00 | $270.00 |
| 1-13-15 | Prepare lengthy e-mail to opposing counsel K. Kaufhold regarding lack of information in Defendants' Initial Disclosures regarding wage claims, lack of disclosure of employment records and request he supplement the | 0.3 | SJH | $300.00 | $90.00 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 09-24-15 | Research re: legal definition of "employer" under FLSA and IMWL Plaintiff's response to Defendant's Motion to Dismiss | 0.7 | SJH | $300.00 | $210.00 |
| 09-24-15 | Continue draft of Plaintiff's response to Defendant's Motion to Dismiss - Section on Def. Hubbard's MTD Counts I and II | 2.3 | SJH | $300.00 | $690.00 |
| 09-25-15 | Research individual supervisor standing under IHRA, definition of "employer" and "sexual | 1.6 | SJH | $300.00 | $480.00 |
| 09-25-15 | Continue draft of Plaintiff's response to Defendant's Motion to Dismiss - Section on Def. Hubbard's MTD Counts VII and | 1.8 | SJH | $300.00 | $540.00 |
| 09-28-15 | Continue draft of Plaintiff's response to Defendant's Motion to Dismiss - Section on Def. Hubbard's MTD Counts V and VI | 0.4 | SJH | $300.00 | $120.00 |
| 09-29-15 | Correspondence with TEK regarding Plaintiff's Response to Defendant's Motion to Dismiss | 0.1 | SJH | $300.00 | $30.00 |
| 09-30-15 | Revise and edit draft of Plaintiff's response to Defendant's Motion to dismiss | 1.6 | SJH | $300.00 | $480.00 |
| 09-30-15 | Correspondence with TEK regarding Plaintiff's Response to Defendant's Motion to Dismiss | 0.1 | SJH | $300.00 | $30.00 |
| 09-30-15 | File Plaintiff's Response to Defendant's Motion to Dismiss | 0.1 | SJH | $300.00 | $30.00 |
| 10-12-15 | Docket dates from Scheduling | 0.6 | SJH | $300.00 | $180.00 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 10-14-15 | Correspondence with D. Stewart regarding unpaid wage calculations | 0.1 | SJH | $300.00 | $30.00 |
| 10-15-15 | Review 2009 police payroll records/time cards produced by Defendant in response to Plaintiffs' Request for Production | 0.8 | SJH | $300.00 | $240.00 |
| 10-15-15 | Review Defendants' Responses to Plaintiff's First Requests for | 0.5 | SJH | $300.00 | $150.00 |
| 10-16-15 | Review 2010 - 2011 police payroll records/time cards produced by Defendant in response to Plaintiffs' Request for Production | 0.8 | SJH | $300.00 | $240.00 |
| 10-19-15 | Review 2012-2015 police payroll records/time cards produced by Defendants in response to Plaintiffs' Request for Production | 1.8 | SJH | $300.00 | $540.00 |
| 10-19-15 | Review McAfee's employment file produced by Defendants in response to Plaintiffs' Request for | 0.7 | SJH | $300.00 | $210.00 |
| 10-19-15 | Review Durgins' employment file produced by Defendants in response to Plaintiffs' Request for | 0.6 | SJH | $300.00 | $180.00 |
| 10-19-15 | Review Waters and Smith's employment files produced by Defendants in response to Plaintiffs' Request for Production | 0.4 | SJH | $300.00 | $120.00 |
| 10-20-15 | Review documents relating to Chief Hubbard and East St. Louis Park District produced by Defendants in response to Plaintiffs' Request for Production | 0.6 | SJH | $300.00 | $180.00 |

| Date | Description | Hours | Attorney | Rate | Amount |
|---|---|---|---|---|---|
| 10-20-15 | Review contents of various discs provided by Defendants in response to Plaintiffs' Request for | 0.8 | SJH | $300.00 | $240.00 |
| 10-27-15 | Review Defendants' Answers to Plaintiff's first Interrogatories | 0.4 | SJH | $300.00 | $120.00 |
| 11-24-15 | Telephone correspondence with D. Stewart regarding damages calculations and setting Settlement | 0.3 | SJH | $300.00 | $90.00 |
| 11-30-15 | Correspondence with D. Stewart regarding upcoming settlement conference | 0.1 | SJH | $300.00 | $30.00 |
| 12-01-15 | Correspondence with D. Stewart and review of court order re: status conference on 12/10/15 | 0.1 | SJH | $300.00 | $30.00 |
| 12-10-15 | Status conference with the court regarding settlement conference | 0.2 | SJH | $300.00 | $60.00 |
| 01-20-16 | Begin initial damages caluclations for all proposed class members | 6 | SJH | $300.00 | $1,800.00 |
| 01-21-16 | Continue initial damages calculations for all proposed class | 7 | SJH | $300.00 | $2,100.00 |
| 01-22-16 | Finalize initial damages caluculations for all proposed | 6 | SJH | $300.00 | $1,800.00 |
| 01-29-16 | Begin charting all calculated damages for possible class members in preparation of | 5 | SJH | $300.00 | $1,500.00 |
| 01-30-16 | Continue excel chart for all calculated damages for possible class members in preparation of | 7.5 | SJH | $300.00 | $2,250.00 |
| 02-01-16 | Edit and review chart of damages for all possible class numbers in preparation of settlement | 6 | SJH | $300.00 | $1,800.00 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 02-02-16 | Finalize damages chart for all proposed class members | 5.5 | SJH | $300.00 | $1,650.00 |
| 02-05-16 | Drive to Benton, IL for settlement conference | 2 | SJH | $300.00 | $600.00 |
| 02-05-16 | Attend Settlement Conference | 6 | SJH | $300.00 | $1,800.00 |
| 02-05-16 | Drive from Benton, IL from Settlement Conference | 2 | SJH | $300.00 | $600.00 |
| 02-08-16 | Phone correspondence with D. Steward regarding amending complaint and outstanding | 0.3 | SJH | $300.00 | $90.00 |
| 02-08-16 | Begin preparation of second amended complaint | 1.3 | SJH | $300.00 | $390.00 |
| 02-09-16 | Continue preparation of Second Amended Complaint | 0.9 | SJH | $300.00 | $270.00 |
| 02-10-16 | Finalize second amended complaint and submit to TEK for | 1.3 | SJH | $300.00 | $390.00 |
| 02-10-16 | Prepare draft motion for leave to amend complaint and submit to | 0.3 | SJH | $300.00 | $90.00 |
| 02-11-16 | Review and edit Second Amended Complaint and submit draft to opposing counsel inquiring re: | 0.6 | SJH | $300.00 | $180.00 |
| 02-11-16 | Correspondence with D. Stewart regarding amended complaint | 0.1 | SJH | $300.00 | $30.00 |
| 02-12-16 | Phone conference with Judge Frazier re: upcoming settlement | 0.3 | SJH | $300.00 | $90.00 |
| 02-12-16 | Phone correspondence with TEK regarding "McAfee statement" requested by OC and remaining damages calculations | 0.4 | SJH | $300.00 | $120.00 |

| Date | Description | Hours | Attorney | Rate | Amount |
|---|---|---|---|---|---|
| 02-15-16 | Correspondence with Waters confirming attendance at upcoming settlement conference | 0.1 | SJH | $300.00 | $30.00 |
| 02-16-16 | Correspondence with Draphy Durgins confirming attendance at upcoming settlement conference | 0.1 | SJH | $300.00 | $30.00 |
| 02-19-16 | Correspondence with Stewart confirming attendance at upcoming settlement conference | 0.1 | SJH | $300.00 | $30.00 |
| 02-25-16 | Prepare subpoena duces tecum, notice of subpoena and request for documents for Hubbard's East St. | 0.5 | SJH | $300.00 | $150.00 |
| 02-25-16 | Prepare damages calculations based on new timesheets provided by OC in preparation of 2nd | 2 | SJH | $300.00 | $600.00 |
| 02-25-16 | Review Defendants' Motion and Memo in Support of Motion to amend scheduling order | 0.2 | SJH | $300.00 | $60.00 |
| 02-26-16 | Continue editing and preparing damages chart and calculations in preparation of 2nd settlement | 3 | SJH | $300.00 | $900.00 |
| 02-26-16 | Correspondence with OC providing updated damages chart and requesting defendants' | 0.1 | SJH | $300.00 | $30.00 |
| 02-29-16 | Travel to East St. Louis Courthouse for settlement | 0.3 | SJH | $300.00 | $90.00 |
| 02-29-16 | Attend settlement conference | 3 | SJH | $300.00 | $900.00 |
| 02-29-16 | Travel from East St. Louis Courthouse from settlement | 0.3 | SJH | $300.00 | $90.00 |

Case 3:14-cv-01010-NJR-RJD Document 68-1 Filed 02/17/17 Page 10 of 13 Page ID #427

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 02-29-16 | Telephone conference with Judge Fraizer regarding bankruptcy issues and potential settlement | 0.3 | SJH | $300.00 | $90.00 |
| 02-29-16 | Correspondence with opposing counsel regarding settlement efforts and extension of discovery | 0.1 | SJH | $300.00 | $30.00 |
| 03-08-16 | Review Defendant's Second Amended Answer to Plaintiff's Second Amended Complaint | 0.3 | SJH | $300.00 | $90.00 |
| 03-23-16 | Review Judge's Order resetting discovery | 0.1 | SJH | $300.00 | $30.00 |
| 04-07-16 | Attend status conference in front of Judge Rosenstengle | 0.5 | SJH | $300.00 | $150.00 |
| 04-07-16 | Drive to and from ESTL to attend status conference | 0.5 | SJH | $300.00 | $150.00 |
| 07-01-16 | Begin drafting Plaintiffs Motion for Settlement Approval and Conditional Certification | 2 | SJH | $300.00 | $600.00 |
| 07-02-16 | Research Hybrid Action settlement approval procedures | 1.5 | SJH | $300.00 | $450.00 |
| 07-03-16 | Finalize Plaintiffs Motion for Settlement Approval and | 1 | SJH | $300.00 | $300.00 |
| 07-24-16 | Various emails with Kaufhold regarding settlement agreement | 0.2 | SJH | $300.00 | $60.00 |
| 07-25-16 | Review and edit Defendants proposed settlement agreement | 0.5 | SJH | $300.00 | $150.00 |
| 08-10-16 | Begin draft of notice to potential class members | 1.7 | SJH | $300.00 | $510.00 |
| 08-05-16 | Finalize draft of notice to potential class members | 2 | SJH | $300.00 | $600.00 |

| Date | Description | Hours | Atty | Rate | Amount |
|---|---|---|---|---|---|
| 08-17-16 | Review and edit updated draft of Defendants proposed settlement agreement | 0.9 | SJH | $300.00 | $270.00 |
| 09-01-16 | Begin draft of notice to potential class members | 1.7 | SJH | $300.00 | $510.00 |
| 09-05-16 | Finalize draft of notice to potential class members | 2 | SJH | $300.00 | $600.00 |
| 11-03-16 | Attend hearing for preliminary approval of class settlement and | 0.5 | SJH | $300.00 | $150.00 |
| 11-03-16 | Draft and file Plaintiffs third amended Complaint | 0.9 | SJH | $300.00 | $270.00 |
| 11-29-16 | Review Preliminary Approval Order granting Joint Motion for Settlement Approval | 0.1 | SJH | $300.00 | $30.00 |
| | | 123.3 | | | $36,990.00 |

| DATE | DESCRIPTION | DURATION | USER | RATE | TOTAL |
|---|---|---|---|---|---|
| 9/2/2014 | with client re wage claims | 0.2 | TEK | $400.00 | $80.00 |
| 9/17/2014 | with client, K. McAfee and R. Stewart re facts of the case, wage claims | 0.3 | TEK | $400.00 | $120.00 |
| 9/17/2014 | draft of revisions | 0.5 | TEK | $400.00 | $200.00 |
| 9/17/2014 | Waters re wage claim against East St. Louis | 0.5 | TEK | $400.00 | $200.00 |
| 9/17/2014 | Durgins, SH re possible wage claim | 0.5 | TEK | $400.00 | $200.00 |
| 9/18/2014 | Stewart, SH re wage claims against Park District, explanation of | 1 | TEK | $400.00 | $400.00 |
| 10/21/2014 | with clients re complaint | 0.1 | TEK | $400.00 | $40.00 |
| 4/13/2015 | with client re Park District funding, re YouTube video of | 0.2 | TEK | $400.00 | $80.00 |
| 12/10/2015 | conference with SJH, K. Kaufhold, and Magistrate Frazier re scheduling settlement | 0.1 | TEK | $400.00 | $40.00 |
| 1/29/2016 | with SJH re calculation of unpaid wages | 0.1 | TEK | $400.00 | $40.00 |
| 2/3/2016 | of Hubbard, 30b6 deposition of Hubbard re: involvment in | 0.7 | TEK | $400.00 | $280.00 |
| 2/5/2016 | for mediation conference | 4 | TEK | $400.00 | $1,600.00 |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/5/2016 | conference with SJH and clients in Benton | TEK | 6 | $400.00 | $2,400.00 |
| 2/9/2016 | complaint and email messages to SJH re punitive damages, re possible additional | TEK | 0.8 | $400.00 | $320.00 |
| 2/12/2016 | with SJH re possible severance of claims, deposition notices, | TEK | 0.2 | $400.00 | $80.00 |
| 2/15/2016 | message from K. Kaufhold and email message to him re McAfee's damages, | TEK | 0.3 | $400.00 | $120.00 |
| 2/15/2016 | with Alexis Zotos, KMOV, and email message to her re | TEK | 0.2 | $400.00 | $80.00 |
| 2/25/2016 | with SJH re subpoena to City of East St. Louis, depositions of Commissioners, | TEK | 0.2 | $400.00 | $80.00 |
| 3/1/2016 | with K. Kaufolld re attorney's fee claim | TEK | 0.3 | $400.00 | $120.00 |
| 3/1/2016 | Review Judge's Order resetting discovery | TEK | 0.1 | $400.00 | $40.00 |
| 4/7/2016 | Attend status conference in front of | TEK | 0.5 | $400.00 | $200.00 |
| 11/3/2016 | Attend hearing for preliminary approval of | TEK | 0.5 | $400.00 | $200.00 |
| | | | 16.2 | | $6,920.00 |